**Order entered January 26, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00064-CR

**TASHIMA NICOLE EVERHART, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1300363-S**

## ORDER

We **GRANT** the State's January 23, 2015 motion to extend time to file the State's brief, and the brief received on January 23, 2015, is **ORDERED** timely filed as of the date of this order.


/s/     MOLLY FRANCIS
          PRESIDING JUSTICE